**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**SCOTT MARCUS**, Chief Assistant City Attorney (SBN 184980)
**CORY M. BRENTE**, Senior Assistant City Attorney (SBN 115453)
**PUSHKAL MISHRA,** Deputy City Attorney (SBN 298695)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-7025
Fax No.:    (213) 978-8785
Email: pushkal.mishra@lacity.org

*Attorneys for Defendant* CITY OF LOS ANGELES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNFLOWER HAZE, aka AVERY ANGLIN, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF LOS ANGELES, a municipality; and LAPD OFFICERS DOES 1-20, individuals,<br><br>            Defendants. | **CASE NO.**<br><br>**LASC CASE NO. 23STCV10965**<br>*[Action Filed: May 15, 2023]*<br>*[Assigned: Hon. Mel Red Recana in Dept. 45]*<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF PUSHKAL MISHRA; AND SUPPORTING EXHIBITS** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant CITY OF LOS ANGELES hereby removes this action from the Superior Court for the State of California, County of Los Angeles to the United States District Court for the Central District of California. The removal is made pursuant to 28 U.S.C. § 1446(a), on the facts set forth below:

1. The CITY OF LOS ANGELES is a named defendant in this civil action filed in the Superior Court of the State of California, County of Los Angeles entitled *Sunflower Haze v. City of Los Angeles, et al.*, Superior Court Case No.

23STCV10965 (hereinafter "Plaintiff's Complaint"). Plaintiff's Complaint was filed on May 15, 2023. The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers:

    a)    Plaintiff's Complaint (Exhibit 1);

    b)    Summons (Exhibit 2);

    c)    Civil Case Cover Sheet (Exhibit 3);

    d)    Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4);

    e)    Notice of Case Assignment – Unlimited Civil Case (Exhibit 5);

    f)    First Amended General Order Re: Mandatory Electronic Filing For Civil (Exhibit 6);

    g)    Voluntary Efficient Litigation Stipulations (Exhibit 7);

    h)    Alternative Dispute Resolution (ADR) Information Package (Exhibit 8); and

    i)    Notice of Case Management Conference (Exhibit 9).

2. This action meets the original jurisdiction requirements of 28 U.S.C. § 1441(a) and is removable by Defendant CITY OF LOS ANGELES pursuant to 28 U.S.C. § 1446(a). A case is removable from state to federal court if the action could have been originally commenced in federal court. 28 U.S.C. § 1441(a); *Grubbs v. General Electric Credit Corp.*, 405 U.S. 699, 702 (1972). The propriety of removal is determined at the time the petition for removal is filed by reference to the plaintiff's complaint filed in state court. *La Chemise Lacoste v. Alligator Co.,* 506 F.2d 339, 343-44 (3d Cir. 1974). When the complaint states a claim invoking the original jurisdiction of the federal court, the action is removable. *Id.* Under the Judicial Code, federal district courts have original jurisdiction in the district courts over all actions brought under 42 U.S.C. § 1983. *See* 28 U.S.C. § 1343(a)(3). Moreover, the Code confers original jurisdiction in the district courts over all actions involving federal questions. See 28 U.S.C. § 1331.

3.    The gravamen of this action is the federal civil rights claims that are asserted in the eighth through twelfth causes of action of Plaintiff's Complaint.

4.    State law claims are also asserted in the first through seventh causes of action of Plaintiff's Complaint.  When an action originally filed in state court is removed to federal court, the federal tribunal has jurisdiction to determine not only the federal claims but all pendent state claims "that are so related to claims in the action … that they form part of the same case or controversy. . . ."  28 U.S.C. § 1367(a).

5.    Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on May 18, 2023, and consents to this removal.  *See* Declaration of Pushkal Mishra.

6.    Further, other than Defendant CITY OF LOS ANGELES identified above and the persons identified in the caption as "LAPD OFFICERS DOES 1-20, individuals," there are no other named defendants in this lawsuit.  Therefore, there are no other defendants who need to consent in order for this case to be removed.  *See* Declaration of Pushkal Mishra.

7.    The Notice of Removal is filed with this Court within 30 days after Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on May 18, 2023.  *See* Declaration of Pushkal Mishra.

8.    The Notice of Removal is being filed in this Court and in the Superior Court of the State of California, County of Los Angeles.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the above-entitled action, now pending in the Superior Court of the State of California, County of Los Angeles, is removed to the United States District Court for the Central District of California.

Dated:    June 16, 2023    Respectfully submitted,

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**SCOTT MARCUS**, Chief Assistant City Attorney
**CORY M. BRENTE**, Senior Assistant City Attorney


By:    /s/ Pushkal Mishra
_____
    **PUSHKAL MISHRA**, Deputy City Attorney
*Attorneys for Defendant,* CITY OF LOS ANGELES

4

## <u>DECLARATION OF PUSHKAL MISHRA</u>

I, PUSHKAL MISHRA, do hereby declare that I make this declaration upon my own personal knowledge, except upon those matters stated upon information and belief, and I could and would competently testify as follows:

1.    I am a Deputy City Attorney for the City of Los Angeles.  In that capacity, I have been assigned to assist in representing Defendant CITY OF LOS ANGELES in the case of *Sunflower Haze v. City of Los Angeles, et al.*, Superior Court Case No. 23STCV10965, now pending in the Los Angeles Superior Court.

2.    The following are true and correct copies of the State Court documents in the above action with referenced exhibit numbers:

        a)    Plaintiff's Complaint (Exhibit 1);

        b)    Summons (Exhibit 2);

        c)    Civil Case Cover Sheet (Exhibit 3);

        d)    Civil Case Cover Sheet Addendum and Statement of Location (Exhibit 4);

        e)    Notice of Case Assignment – Unlimited Civil Case (Exhibit 5);

        f)    First Amended General Order Re: Mandatory Electronic Filing For Civil (Exhibit 6);

        g)    Voluntary Efficient Litigation Stipulations (Exhibit 7);

        h)    Alternative Dispute Resolution (ADR) Information Package (Exhibit 8); and

        i)    Notice of Case Management Conference (Exhibit 9).

3.    Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on May 18, 2023, and consents to this removal.  Attached hereto as Exhibit 10 is a true and correct copy of the Summons served on Defendant CITY OF LOS ANGELES.

4.    Further, other than Defendant CITY OF LOS ANGELES identified above and the persons identified in the caption as "LAPD OFFICERS DOES 1-20,

individuals," there are no other named defendants in this lawsuit.  Therefore, there are no other defendants who need to consent in order for this case to be removed.

5.      The Notice of Removal is filed with this Court within 30 days after Defendant CITY OF LOS ANGELES was served with Plaintiff's Complaint on May 18, 2023.

6.      This Notice of Removal is being filed in this Court and in the Los Angeles Superior Court.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on June 16, 2023, at Los Angeles, California.

*/s/ Pushkal Mishra*
PUSHKAL MISHRA, Declarant

6

## PROOF OF SERVICE

I, GRACE LEE, declare as follows:

At the time of service I was over the age of 18 years, and not a party to the within action; my business address is 200 North Main Street, 600 City Hall East, Los Angeles, California 90012.

On June 16, 2023, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1441 (a) and 1446 (a); DECLARATION OF PUSHKAL MISHRA; AND SUPPORTING EXHIBITS** on the interested party in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**Attorney for Plaintiff**
Christian Contreras, Esq.
**LAW OFFICES OF CHRISTIAN CONTRERAS**
PROFESSIONAL LAW CORPORATION
360 E. 2nd St., 8th Floor
Los Angeles, California 90012
Tel: (323) 435-8000
Fax: (323) 597-0101
Email: *CC@Contreras-Law.com*

☒    **BY MAIL**
As follows:  I am "readily familiar" with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of June, 2023, at Los Angeles, California.

_____
GRACE LEE

7