UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNFLOWER HAZE, aka AVERY ANGLIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, a municipality; ROBERT M. SHEROCK, an individual; and LAPD OFFICERS DOES 1-20, individuals,<br><br>Defendants. | CASE NO. 2:23-cv-4755-MRA-SK<br>*Hon. Monica Ramirez Almadani; 1st St. - Ctrm 10B*<br>*Hon. Mag. Steven Kim; Roybal - Ctrm 540*<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION** |

Based on the stipulation of the parties and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed in its entirety, with prejudice. All parties are to bear their own costs and attorney's fees.

***IT IS SO ORDERED.***

Dated: July 11, 2024                    _____
                                        HON. MONICA RAMIREZ ALMADANI
                                        United States District Court Judge

1